BROWN (BUCKLEY v.). See Case No. 2,092.

## Case No. 1,995.

### BROWN v. BURROWS.

District Court, S. D. New York. Aug. 5, 1837.

PRACTICE IN ADMIRALTY — CAUSES DETERMINED ACCORDING TO PRINCIPLES OF NATURAL JUSTICE.

[Cited in Ben. Adm. 218, to the point that causes in admiralty are to be determined upon equitable principles, and according to the rules of natural justice, since the American admiralty finds in the educated reason and cultivated discretion of the court the means of

defeating chicanery, rectifying mistakes, and supplying deficiencies.]

[See The Packet, Case No. 10,655; The Virgin, 8 Pet. (33 U. S.) 538; Sheppard v. Taylor, 5 Pet. (30 U. S.) 709; The Phebe, Case No. 11,065.]

[Before BETTS, District Judge.]

[Note. Nowhere reported; opinion not now accessible.]